AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

|  |  |
|---|---|
| United States *Plaintiff* | ) |
| v. | ) Case No. 25 Cr. 10 (DG) |
| John Lowe *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Lowe.

Date: 1/31/25

*/s/ Eric Franz*
*Attorney's signature*

Eric Franz (2601763)
*Printed name and bar number*

One Old Country Road, Suite 347
Carle Place, New York 11514
*Address*

Eric@efranzlaw.com
*E-mail address*

(212) 355-2200
*Telephone number*

*FAX number*