F. #2020R00228

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                 25-CR-10(DG)

DAVID COOPER,
RANDY GREWAL,
JOHN LOWE
    also known as "Clams" and
RICHARD RINGEL,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Adam R. Toporovsky from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should also be sent to:

    Assistant U.S. Attorney Adam R. Toporovsky
    United States Attorney's Office (Criminal Division)
    610 Federal Plaza
    Central Islip, NY 11722
    Tel:  (631) 715-7846
    Email: Adam.Toporovsky@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Adam R. Toporovsky at the email address set forth above.

Dated: Central Islip, New York
February 21, 2025

Respectfully submitted,

JOHN J. DURHAM
United States Attorney

By: /s/ Adam R. Toporovsky
Adam R. Toporovsky
Assistant U.S. Attorney

cc: Clerk of the Court (DG)