# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE  Robert Levy           DATE:  2/24/2025

DOCKET NUMBER  25cr00010 (DG)           LOG #: 2:09 – 2:25

DEFENDANT'S NAME:  JOHN LOWE
__X__ Present   ____ Not Present   ____ Custody   __X__ Bail

DEFENSE COUNSEL:  Eric Franz
___ Federal Defender   ___ CJA   ___ appointed by the Court   __X__ Retained

A.U.S.A  Jessica Weigel           CLERK:  SM Yuen

Probation: _____       (Language) _____

__X__ Defendant arraigned on the: __X__ indictment ___ superseding indictment ___ probation violation
__X__ Defendant pleads NOT GUILTY to ALL counts.
__X__ Rule 5f Order read into the record.
___ Bail application Hearing held.   __X__ Defendant's first appearance.
  __X__ Bond set at $250,000   Defendant __X__ released ___ held pending satisfaction of bond conditions.
  __X__ Defendant advised of bond conditions set by the Court and signed the bond.
  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  _1_ (Additional) surety/ies to co-sign bond by  3/10/2025
  ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted
___ Temporary Order of Detention Issued.  Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered.  Start _____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

__X__ Status conference set for  2/25/25 @ 11am  before Judge  Gujarati

Other Rulings: _____