UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID COOPER, RANDY GREWAL, JOHN LOWE, and RICHARD RINGEL,<br><br>     *Defendants.* | No. 25 Cr. 10 (DG) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Samidh Guha of Guha PLLC, an attorney duly admitted to practice before this Court, hereby enters his appearance as counsel on behalf of Defendant John Lowe in the above-captioned action.

Dated: February 25, 2025
   New York, New York

Respectfully submitted,

*/s/ Samidh Guha*
Samidh Guha (No. 2962199)
GUHA PLLC
860 Broadway, 6th Floor
New York, New York 10003
Telephone: (212) 399-8350
Email: sguha@guhapllc.com

*Attorney for Defendant John Lowe*