

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JKW/AT
F. #2020R00228

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 13, 2025

By E-mail and ECF

The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. David Cooper, et al.
     Criminal Docket No. 25-10 (DG)

Dear Judge Gujarati:

   The parties in the above-captioned matter respectfully request that the Court reschedule the status conference currently scheduled for June 24, 2025 to September 29, 2025 or after 2:00 p.m. on September 30, 2025 to allow defense counsel additional time to review discovery and the parties more time to engage in plea negotiations. All parties and counsel are available on the afore-listed dates and times. Accordingly, the government, on consent of the defendants, respectfully submits this letter to notify the Court that the parties consent to this adjournment and to the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161–3174, from today until the date of the rescheduled status conference.

             Respectfully submitted,

             JOSEPH NOCELLA, JR.
             United States Attorney
             Eastern District of New York

       By:   /s/
           Jessica K. Weigel
           Adam Toporovsky
           Assistant U.S. Attorneys
           (718) 254-7000

cc: Clerk of Court (by ECF)
   Defense counsel (by ECF)