

LAW OFFICES OF
ERIC FRANZ, P.L.L.C.

July 15, 2025

<u>VIA ECF</u>
Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>Re: United States v. John Lowe., 25 Cr. 10 (DG)</u>

Dear Judge Gujarati:

      I, along with Samidh Guha represent defendant John Lowe in the above referenced matter. With the consent of A.U.S.A. Jessica Weigel,  we submit this letter to respectfully request a temporary modification to the terms of Mr. Lowe's pre-trial release so that he may travel to Block Island, Rhode Island, for a brief vacation with his wife (from July 25 – 27, 2025).   Mr. Lowe was released in this matter on a $250,000 bond and his travel is restricted to New York City, Long Island, the Southern District of Florida, and "as approved by Pretrial Services" (ECF No. 28).     P.T.S.O. Martin-Hull does not oppose this request and has informed counsel that I can state to the Court that Mr. Lowe's "compliance with Pretrial Supervision has been acknowledged by Pretrial Services."

      If permitted to travel, Mr. Lowe would leave Long Island on July 25, 2025 to travel to Block Island, returning to Long Island on July 27, 2025. If this request is approved, he will provide the details of his trip to P.T.S.O. Martin-Hull.

      Thus, we respectfully submit that this Court enter an Order authorizing Mr. Lowe's proposed travel.

      Thank you for your consideration and attention to this matter.  Please let us know if the Court requires any additional information.

Respectfully submitted,

*Eric Franz*

ERIC FRANZ

cc:  AUSAs Jessica Weigel and Adam Toporovsky (via email)
     Pretrial Services Officers Astrid Martin-Hull, Joseph Elie, and Eric Gudiel (via email)