# LAW OFFICES OF SCOTT E. LEEMON, P.C.

41 Madison Avenue, 31st Floor
New York, New York 10010
212-696-9111-Office
917-238-0880-Mobile
scott@leemonlaw.com--Email
www.leemonlaw.com

September 19, 2025

Via ECF & Email
Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  United States v Cooper, et al 25 CR 10 (DG)

Dear Judge Gujarati:

I write on behalf of the parties to respectfully request that the status conference currently scheduled for September 29, 2025 be adjourned until the week of December 8, 2025.[1]

This request is made because the Government in currently in the process of producing another 2TB of discovery which had not previously been produced. The additional discovery includes over 3 million pages of SEC documents and approximately 20,000 pages of Title III "line sheets". Clearly, the defense is going to need time to review the additional material before a motion schedule and a trial date can be set.

If the adjournment is grated, the parties also ask the Court to exclude time under the Speedy Trial Act between September 29, 2025 and the new status conference date to permit the defense to review the discovery and explore if there is a chance to resolve the matter, without the need of a trial.

---

[1] The parties have conferred, and we are all available on: December 8, 9, 10 (afternoon) or 11, 2025.

I thank you in advance for your consideration of this request.

Very truly yours,

Scott Leemon

cc: All counsel (via ECF)