

November 12, 2025

VIA ECF
Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. John Lowe., 25 Cr. 10 (DG)

Dear Judge Gujarati:

I, along with Samidh Guha represent defendant John Lowe in the above referenced matter and submit this letter to respectfully request a temporary modification to the terms of Mr. Lowe's pre-trial release so that he may travel to Atlantic City, New Jersey, to celebrate a friend's birthday from November 15, 2025 to November 16, 2025.

Mr. Lowe was released in this matter on a $250,000 bond and his travel is restricted to New York City, Long Island, the Southern District of Florida, and "as approved by Pretrial Services" (ECF No. 28).

Mr. Lowe has been compliant with the terms of his pretrial supervision. A.U.S.A. Jessica Weigel, P.T.S.O. Martin-Hull and Eric Gudiel from the E.D.N.Y. Pretrial Services Office do not object to this request.

If this request is approved, Mr. Lowe will provide the details of his trip to P.T.S.O. Martin-Hull.

Thus, we respectfully submit that this Court enter an Order authorizing Mr. Lowe's proposed travel.

Thank you for your consideration and attention to this matter. Please let us know if the Court requires any additional information.

Most Respectfully,

*Eric Franz*
ERIC FRANZ