# LAW OFFICES OF SCOTT E. LEEMON, P.C.

**41 Madison Avenue, 31st Floor**
**New York, New York 10010**
**212-696-9111-Office**
**917-238-0880-Mobile**
scott@leemonlaw.com--Email
www.leemonlaw.com

December 5, 2025

Via ECF & Email
Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  United States v Lowe, et al 25 CR 10 (DG)

Dear Judge Gujarati:

I write on behalf of the parties to respectfully request that the status conference currently scheduled for December 11, 2025, be adjourned until, subject to the court's availability, either January 7 or 12 (after 2:30), 2026.[1]

This request is made because the parties are attempting to resolve some pretrial issues without the need to file certain motions and the defense needs additional time to review the vast amounts of discovery in this case.  The discovery in this case is almost 4TB large and includes millions of pages of SEC documents and approximately 20,000 pages of Title III "line sheets".

If the adjournment is grated, the parties also respectfully request that the Court exclude time under the Speedy Trial Act between now and the new status conference date to permit the defense to continue reviewing the discovery and explore if there is a chance to resolve the matter, without the need of a trial.

---

[1] The parties have conferred, and we are all available on these proposed dates.

I thank you in advance for your consideration of this request.

Very truly yours,

/s/ *Scott Leemon*

Scott Leemon

cc: All counsel (via ECF)