UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

              against-

DAVID COOPER,
RANDY GREWAL,
JOHN LOWE,
       also known as "Clams", and
RICHARD RINGEL,

                       Defendants.

-----------------------------------------------------------X

**NOTICE OF
APPEARANCE**

Docket No.: 25-CR-00010-DG

S I R:

      **PLEASE TAKE NOTICE** that the Defendant, JOHN LOWE, hereby appears in the above-captioned action, and that the undersigned has been retained as attorney for said Defendant. All papers in this action shall be served upon the undersigned at the post office address stated below.

Dated: Mineola, New York
      March 18, 2026

Yours, etc.

Lawrence V. Carra', Esq.
*Attorney for Defendant, John Lowe*
170 Old Country Road, Suite 212
Mineola, NY 11501
516-742-1135
E-mail: lawcarra@aol.com