

March 23, 2026

Samidh Guha

**t** 212.503.9846
**f** 212.307.5598
SGuha@Venable.com

**VIA ECF**

The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

   Re: ***United States v. John Lowe*, 25 Cr. 10 (DG)**

Dear Judge Gujarati:

   We write on behalf of myself and co-counsel Eric Franz to request that we be permitted to withdraw from our representation of Defendant John Lowe in the above-captioned matter.  Mr. Lowe has secured the services of Lawrence Cara to represent him in this matter going forward and Mr. Cara has filed his notice of appearance to do so.

   Thank you for Your Honor's consideration of this request.

       Respectfully submitted,

       Samidh Guha

cc: Eric Franz (via electronic mail)
   Lawrence Cara (via electronic mail)