UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

v.

DAVID COOPER, RANDY GREWAL,
JOHN LOWE, also known as "Clams," and
RICHARD RINGEL,

Defendants.

-----------------------------------------------------------X

Case No. 25-CR-10 (DG)

**STIPULATION AND ORDER FOR
SUBSTITUTION OF COUNSEL
FOR DEFENDANT JOHN LOWE
PURSUANT TO LOCAL CIVIL
RULE 1.4(b)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys and the defendant John Lowe, and submitted to the Court for approval, that:

1.      Eric Franz, Esq., of the Law Offices of Eric Franz PLLC, and Samidh Guha, Esq., of Venable LLP, current attorneys of record for defendant, John Lowe, in the above-captioned matter, respectfully seek leave to withdraw as counsel for defendant, John Lowe. Mr. Lowe has indicated his preference to proceed with Lawrence Carra, Esq. as his counsel going forward.

2.      Lawrence Carra, Esq., 170 Old Country Road, Suite 212, Mineola, New York 11501, entered his Notice of Appearance on March 19, 2026 as counsel for defendant, John Lowe, in the above-captioned matter (ECF No. 80).

3.      John Lowe consents to this substitution of counsel, as evidenced by his signature below.

4.      Pursuant to Local Civil Rule 1.4(b), as incorporated by Local Criminal Rule 1.1(b), incoming counsel Lawrence Carra, Esq. represents that he does not intend to seek modification of any existing deadlines or dates for court appearances in this case.

5. Neither the Law Offices of Eric Franz PLLC nor Venable LLP asserts a retaining or charging lien in connection with this withdrawal.

6. All parties have been served with a copy of this Stipulation.

Respectfully submitted,

*Eric Franz*

Eric Franz, Esq.
Law Offices of Eric Franz PLLC
1 Old Country Road, Suite 347
Carle Place, New York 11514
212-355-2200
eric@efranzlaw.com
*Outgoing Attorney for Defendant John Lowe*

Samidh Guha, Esq.
Venable LLP
151 West 42nd Street
New York, New York 10036
212-503-9846
sguha@venable.com
*Outgoing Attorney for Defendant John Lowe*

Lawrence V. Carra, Esq.
170 Old Country Road, Suite 212
Mineola, New York 11501
lawcarra@aol.com
(516) 742-1135
*Incoming Attorney for Defendant John Lowe*

## CONSENT OF DEFENDANT

I, John Lowe, the defendant in the above-captioned matter, hereby consent to the substitution of Lawrence Carra, Esq. as my attorney in place of Eric Franz, Esq. and Samidh Guha, Esq. I understand that by signing this stipulation, Eric Franz, Esq. and Samidh Guha, Esq. will no longer represent me in this matter, and Lawrence Carra, Esq. will serve as my attorney going forward.

John Lowe
Defendant

Dated: 3/24/26

## ORDER

Upon the foregoing Stipulation, and the Court being satisfied that good cause exists, it is hereby:

ORDERED that the Stipulation for Substitution of Counsel is approved; and it is further

ORDERED that Eric Franz, Esq. and Samidh Guha, Esq. are relieved as counsel for defendant John Lowe in the above-captioned matter; and it is further

ORDERED that Lawrence Carra, Esq. is hereby substituted as counsel for defendant John Lowe.

SO ORDERED.

THE HONORABLE DIANE GUJARATI
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

Dated: _____