U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JKW/AT
F. #2020R00228

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 23, 2026

<u>By E-mail and ECF</u>

The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:     United States v. John Lowe, et al.
>          <u>Criminal Docket No. 25-10 (DG)</u>

Dear Judge Gujarati:

In light of pending plea negotiations, the revised pre-motion briefing schedule for the defendant Richard Ringel, and the defendant Randy Grewal's change-of-plea hearing scheduled for April 30, 2026, the parties in the above-captioned matter respectfully request that the Court reschedule the status conference currently scheduled for April 28, 2026 to a date sometime after May 26, 2026, <u>i.e.</u>, the date on which any pre-trial motion filed for Mr. Ringel will be fully briefed.

Accordingly, the government, on consent of the defendants, respectfully submits this letter to notify the Court that the parties consent to this adjournment and to the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161–3174, from today until the date of the rescheduled status conference.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By:     _____/s/_____
Jessica K. Weigel
Adam Toporovsky
Assistant U.S. Attorneys
(718) 254-7000

cc:     Clerk of Court (by ECF)