

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JKW/AT                                    *271 Cadman Plaza East*
F. #2020R00228                            *Brooklyn, New York 11201*

June 11, 2026

By E-mail and ECF

The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:    United States v. John Lowe, et al.
>        Criminal Docket No. 25-10 (DG)

Dear Judge Gujarati:

On October 7, 2025, the Court accepted the defendant David Cooper's guilty plea. See ECF No. 65. On May 13, 2026, the Court accepted the defendant Randy Grewal's guilty plea. See ECF No 93. On June 11, 2026, the Court referred to the Honorable Magistrate Judge Taryn A. Merkl the two remaining defendants in the above-captioned matter, John Lowe and Richard Ringel, to schedule change of plea hearings. In light of that order, the parties respectfully request that the Court reschedule the status conference currently scheduled for June 15, 2026, to a date sometime after July 1, 2026, i.e., the date by which the government expects the defendants to have pleaded guilty in this matter.

Accordingly, the government, on consent of the defendants, respectfully submits this letter to notify the Court that the parties consent to this adjournment and to the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161–3174, from today until the date of the rescheduled status conference.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: _____/s/_____
Jessica K. Weigel
Adam R. Toporovsky
Assistant U.S. Attorneys
(718) 254-7000

cc:    Clerk of Court (by ECF)
       Defense Counsel (by ECF)

2