## LAWRENCE V. CARRÀ
*ATTORNEY AT LAW*
170 OLD COUNTRY ROAD, SUITE 212
MINEOLA, NEW YORK 11501
lawcarra@aol.com

TELEPHONE
(516) 742-1135

FAX
(516) 742-0299

August 13, 2026

VIA ECF

Hon. Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     United States v. John Lowe, Docket No. 25-CR-10

Dear Judge Gujarati:

I am writing after receiving the Probation Department's request to adjourn the sentencing date of Mr. Lowe.

I write to advise the Court that I consent to their request and further respectfully request that the court reset the sentencing for some time in mid November predicated upon personal family matters involving the premature birth of my first grandson, along with significant concerns regarding computation of loss which will play a pivotal role in defendant's sentence, along with guideline considerations which will substantially affect the court's consideration of this matter.

I thank you in advance for your consideration.

Very truly yours,

Lawrence V. Carra

LVC:ag