**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JKW/AT/SMS
F. #2020R00228

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 18, 2026

By ECF

The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. David Cooper, et al.
Criminal Docket No. 25-10 (DG)

Dear Judge Gujarati:

The government has no objection to the Probation Department's request to adjourn the sentencing dates of defendants Lowe and Ringel in the above-captioned matter.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By: /s/
Jessica K. Weigel
Adam Toporovsky
Sophia M. Suarez
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (by ECF)
Defense counsel (by ECF)