F. #2020R00228

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

25-CR-10 (DG)

DAVID COOPER, et al.,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Sophia M. Suarez from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

Assistant U.S. Attorney Sophia M. Suarez
United States Attorney's Office (Criminal Division)
271-A Cadman Plaza East
Brooklyn, New York 11201
Tel: (718) 254-7484
Email: Sophia.Suarez@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Sophia M. Suarez at the email address set forth above.

Dated: Brooklyn, New York
August 24, 2026

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Sophia M. Suarez
Sophia M. Suarez
Assistant U.S. Attorney

cc: Clerk of the Court (DG)