LAWRENCE V. CARRÀ
*ATTORNEY AT LAW*
170 OLD COUNTRY ROAD, SUITE 212
MINEOLA, NEW YORK 11501
lawcarra@aol.com

TELEPHONE
(516) 742-1135

FAX
(516) 742-0299

October 19, 2026

VIA ECF AND E-MAIL

Hon. Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. John Lowe
Docket No. 25-CR-10

Dear Judge Gujarati:

I write on behalf of Defendant, John Lowe, to request a 30-day adjournment of Mr. Lowe's sentencing, which is currently scheduled for November 17, 2026 at 10:00 a.m. The adjournment will permit the psychiatrist and psychologist, Fifth Avenue Forensics, that Mr. Lowe and I retained in connection with sentencing to complete his evaluation of Mr. Lowe and prepare a report.

The government has no objection to this request. I thank the Court in advance for its consideration.

Respectfully submitted,

Lawrence V. Carra

LVC:ag