LAWRENCE V. CARRÀ
*ATTORNEY AT LAW*
170 OLD COUNTRY ROAD, SUITE 212
MINEOLA, NEW YORK 11501
lawcarra@aol.com

TELEPHONE
(516) 742-1135

FAX
(516) 742-0299

November 9, 2026

VIA ECF

Hon. Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. John Lowe
Docket No. 25-CR-10

Dear Judge Gujarati:

I write on behalf of Defendant, John Lowe, to request an additional 45-day adjournment of Mr. Lowe's sentencing, which is currently scheduled for December 18, 2026 at 10:00 a.m. The basis of the adjournment is to allow Mr. Lowe to continue and complete his psychological counseling which commenced on November 3, 2026 with Fifth Avenue Forensics. Enclosed herein is a letter correspondence from Fifth Avenue Forensics acknowledging Mr. Lowe's participation in treatment and supporting counsel's request for a 45 day adjournment of the sentence to allow for sufficient time for meaningful progress and assessment of treatment outcomes.

In addition thereto, annexed hereto is a letter correspondence from The Cancer Institute, GSH Oncology Associates, dated September 15, 2026, concerning a prognosis and diagnosis of Mr. Lowe's wife, Iwona Lowe, who is in the process of recovering from Stage 1A breast cancer following a bilateral mastectomy. Mr. Lowe plays an integral part in the care, support and transportation of his wife in addressing her medical condition.

Lastly, the government has consented to the above request voicing no opposition indicating that it envisions that this would be the last application for an adjournment of the sentence date.

Predicated upon all of the above, it is respectfully requested that the sentence date be adjourned to a date in early January, 2027.

I thank the Court in advance for its consideration.

Respectfully submitted,

Lawrence V. Carra

LVC:ag
Enc.

FIFTH AVENUE FORENSICS

Alexander Sasha Bardey, M.D.
Francheska Bidot-Rodriguez, Ph.D.
Amy DeSimon, LMHC-D

Lawrence Carra, Esq.
170 Old Country Rd.
#212
Mineola, NY 11501

November 5, 2026

**RE: John Lowe**

Dear Mr. Carra,

I am a licensed mental health counselor in New York. This letter is to confirm that Mr. Lowe initiated individual psychotherapy with me on November 3, 2026. Sessions are conducted weekly via Jane, a secure telehealth platform.

Based on the nature of the presenting concerns and anticipated course of treatment, a minimum of 45 days of consistent therapeutic engagement is recommended to allow sufficient time for meaningful progress and assessment of treatment outcomes.

Please feel free to contact me if I can be of further assistance.

Respectfully submitted,

Amy DeSimon

Amy DeSimon, LMHC-D
**FIFTH AVENUE FORENSICS**
Forensic Mitigation Specialist/Trauma-Informed Psychotherapist
adesimon@fifthavenueforensics.com
929-450-5534

Kathy Deng, MD
John J. Loscalzo, MD
Sudha Mukhi, MD
Mary Puccio, MD
Ashish Sangal, MD
Emmanuel Sygaco, MD
Meytal Fabrikant, MD
Md Shadiqul Hoque, MD
Manjari Pandey, MD

**The Cancer Institute**
**GSH Oncology Associates**
111 Beach Drive - 2nd Floor
West Islip, NY 11795
T: (631) 417-8600 | F: (631) 666-0684

Catholic Health
Cancer Institute

Iwona Lowe
19 Canterbury Dr
Sayville NY 11782

9/15/2026

*Re: Iwona Lowe*
*DOB 11/8/1969*

To Whom It May Concern,

I am writing regarding the medical care and treatment plan for Ms. Lowe. She is currently managing three primary conditions that require strict adherence to medications, lifestyle changes, and regular follow-up appointments.

Breast Cancer: Ms. Lowe is recovering from Stage IA breast cancer following a bilateral mastectomy. To prevent recurrence, she requires long-term adjuvant hormonal therapy for 5 to 10 years.

Anemia: She is being treated for iron and vitamin B12 deficiencies. She requires ongoing blood monitori and scheduled IV iron and B12 injections.

Bone Health: Due to her hormonal therapy, Ms. Lowe is at risk for bone thinning. *She requires routine* Prolia treatments, calcium and vitamin D supplements, and a bone density scan every two years (*next du* after March 13, 2028).

Importance of Continuity of Care: Consistent adherence to daily letrozole, Prolia treatments, and *scheduled follow-up appointments* is absolutely critical. Staying on this regimen directly reduces her risk o *cancer recurrence* and *protects* her bone and blood health.

*Sincerely,*

*Shannon Marie Munday, NP*

*Iwona Lowe*
*19 Canterbury Dr*
*Sayville NY 11782*
*Via Print Locally*